**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| BETTER MOUSE COMPANY, LLC, | |
| Plaintiff, | CASE NO. 2:17-CV-634 |
| v. | |
| RAZER (ASIA-PACIFIC) PTE. LTD., | |
| Defendant. | |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Under FED. R. CIV. P. 41(a)(2) and (c), plaintiff Better Mouse Company, LLC and defendant Razer (Asia-Pacific) Pte. Ltd. ("Defendant") hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**SETTLEMENT AND LICENSE AGREEMENT**", with each party to bear its own costs, expenses and attorneys' fees for this action, subject to the terms of that agreement. Better Mouse and Defendant further request that the Court retain jurisdiction over this matter for the limited purpose of enforcing the settlement agreement.

Date: June 21, 2018

Respectfully submitted,

*/s/ Larry D. Thompson, Jr.*
Larry D. Thompson, Jr. (lead attorney)
Texas Bar No. 24051428
larry@ahtlawfirm.com
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Michael D. Ellis

Texas Bar No. 24081586
michael@ahtlawfirm.com
ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000
(713) 581-3020 fax

Stafford Davis
State Bar No. 24054605
THE STAFFORD DAVIS FIRM, PC
The People's Petroleum Building
102 N College Ave., 13th Floor
Tyler, Texas 75702
(903) 593-7000
sdavis@stafforddavisfirm.com

*Attorneys for Better Mouse Company, LLC*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 21st day of June, 2018.

                                      */s/ Larry D. Thompson, Jr.*
                                      Larry D. Thompson, Jr.

## CERTIFICATE OF CONFERENCE

    The undersigned hereby certifies that counsel for Razer and counsel for BMC conferred and all parties agree to filing this as a joint motion.

                                      */s/ Larry D. Thompson, Jr.*
                                      Larry D. Thompson, Jr.